```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
JACK FERRANTI,                      :
                                    :
         Plaintiff,                 :    Civ. No. 14-3331 (NLH)
                                    :
    v.                              :    ORDER
                                    :
JOSEPH DIXON,                       :
                                    :
         Defendant.                 :
_____:

For the reasons set forth in the accompanying Opinion,

IT IS on this   6th   day of   October   , 2015,

ORDERED that Plaintiff's claims under <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) against Defendant will not be dismissed under 28 U.S.C. § 1915A; and it is further

ORDERED that the entry of default against Defendant Joseph Dixon will be vacated; and it is further

ORDERED that Plaintiff's Motion for Default Judgment (ECF No. 22) is DENIED; and it is further

ORDERED that Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 20) is DENIED WITHOUT PREJUDICE.  Defendant may refile his motions as separate, procedurally appropriate filings; and it is further

ORDERED that Defendant shall file and serve a procedurally appropriate responsive pleading no later than October 26, 2015; it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

```
                                    ___s/ Noel L. Hillman_____
                                    NOEL L. HILLMAN
At Camden, New Jersey               United States District Judge
```